EDWARD I. HEYMAN, Doing Business under the Firm Name of GARAGE REAL ESTATE COMPANY, Appellant, *v.* SAM WITKIN et al., Copartners under the Firm Name of WITKIN & LEVINE, Respondents.

*Appeal — motion to dismiss granted.*

*Heyman* v. *Witkin*, 220 App. Div. 761, appeal dismissed.
(Submitted October 3, 1927; decided October 11, 1927.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 27, 1927, reversing on the facts a judgment in favor of plaintiff entered upon a verdict and granting a new trial.

The motion was made upon the ground that the Court of Appeals was without jurisdiction to entertain the appeal.

*Meyer D. Siegel* for motion.

*Israel Siegel* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.